UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **BERNADETTE P. ABSHIRE,** **INDIVIDUALLY AND ON BEHALF OF DAVID ABSHIRE, II, DESIRAE ABSHIRE, AND DEVANIE ABSHIRE** | **CIVIL ACTION NO. 09-00185** |
| **VERSUS** | **JUDGE DOHERTY** |
| **DALLAS E. BRATTON,** **STATE NATIONAL INSURANCE CO.,** **PE BEN USA INC.,** **SOUTHER FARM BUREAU CASUALTY INSURANCE CO.** | **MAGISTRATE JUDGE METHVIN** |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the jurisdictional amount in this case, including the jurisdictional briefs filed by the parties, and concludes it appears the jurisdictional amount exists. Plaintiff alleges cervical injuries, for which she received surgical treatment in the form of an anterior cervical disectomy and fusion with plates at C4-5, C5-6 and C6-7. Plaintiff also alleges shoulder injuries, for which surgical treatment is anticipated, and severe emotional injuries, as a result of her injuries. Her medical bills are in excess of $143,000. Both parties agree that the amount in controversy is in excess of $75,000.

Additionally, in accordance with the United States Supreme Court's decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct. 2611 (2005) this court may exercise supplemental jurisdiction over the derivative and related claims of her

children, under 28 U.S.C. §1367(a).

    Signed this 3rd day of November, 2009, at Lafayette, Louisiana.

*[signature]*

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE